UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| Virginia Business Bank,<br>*Plaintiff*<br>v.<br><br>Sonabank, N.A.,<br>*Defendant / Counter Claimant,*<br><br>v.<br><br>Federal Deposit Insurance Corporation,<br>  in its Capacity as Receiver for Virginia<br>  Business Bank,<br>*Counter Defendant.* | Civ. Action No. 1:11CV907 – LMB/TCB |

## ORDER

Upon consideration of the Motion to Stay of FDIC, as Receiver, and the complete record,

IT IS ORDERED THAT:

The Motion is hereby GRANTED, and all proceedings in this action are stayed until the earlier of one hundred eighty (180) days from the date on which Sonabank files an administrative claim or ten (10) days after the FDIC has tendered a final determination upon the claim.

Dated: August 30, 2011

/s/ _____
Leonie M. Brinkema
**United States District Judge**